**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: December 5, 2017**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: Jonathon Deering                                CASE NO.  17-30505
                                                       Chapter 13
                  Debtors                              Judge Humphrey

-------------------------------------------------------------------------------------------------------
ORDER ON DEBTORS'
OBJECTION TO PROOF OF CLAIM OF CREDITOR
(DOCKET NO.  25)
-------------------------------------------------------------------------------------------------------

This matter is before the Court upon the Debtors objection to the proof of claim of Creditor, MTGLQ Investors, L.P., Courts Claim #4, the Court being advised that there has been no timely response filed to the Debtors' objection,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Debtors' objection is hereby sustained.

**IT IS FURTHER ORDERED** that the claim filed by MTGLQ Investors, L.P. be DISALLOWED at a monthly mortgage payment of $1337.78 and ALLOWED with a monthly mortgage payment of $1086.93.

**SO ORDERED.**

/s/ Wayne P. Novick
WAYNE P. NOVICK
Attorney for Debtor
2135 Miamisburg-Centerville Rd.
Centerville, OH  45459
(937) 436-2606
Gratefullawyer2@gmail.com

Serve Upon:

Default List

Reimer Law Co., PO Box 39696, Solon, Ohio 44139

Selene Finance, 9990 Richmond Avenue, Suite 400S, Houston, TX 77042

Selene Finance, PO Box 71243, Philadelphia, PA 19176-6243

###